USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2025_

# YADGAROV & ASSOCIATES, PLLC.

820 Second Avenue, Suite 1100 ~ New York N.Y. 10017
Phone: 212-581-2500 ~ Fax: 212-581-2525

January 10, 2025

Hon. Analisa Torres, USDJ
US District Court, SDNY
500 Pearl Street, Room 15D
New York, NY 10007

      Re:    Lantigua Ruiz et ano v. Miller Auto Leasing, Inc., et al.,
              Docket No. 24-cv-8079-AT

Dear Judge Torres:

    This office is currently the attorney of record for the Plaintiffs in the above-titled action. I am submitting this letter to request an adjournment of the parties' time to submit a case management plan and joint letter because my office has received notice that the Plaintiff, Edwin Lantigua-Ruiz, has changed attorneys. Under the circumstances, I do not believe I have authority to bind Mr. Lantigua-Ruiz's new counsel. I have reached out to counsel for the Defendant for consent to such extension but have not received any response.

Very truly yours

Ronald Zamo

GRANTED. **By January 27, 2025**, the parties shall file their joint letter and proposed case management plan.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 14 and 15.

SO ORDERED.

Dated: January 13, 2025
       New York, New York

ANALISA TORRES
United States District Judge